UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCY LUGO,

        Plaintiff,

                                            Civil Action No.  1:19-cv-1059

      -against-

NANCY A. BERRYHILL, as             MOTION FOR LEAVE TO FILE
Acting Commissioner of Social Security,    FOR IN FORMA PAUPERIS
                                            STATUS PERSUANT TO 28 USC § 1915
        Defendant.

        PLEASE TAKE NOTICE that upon the attached Application to Proceed in District Court without Prepaying Fees or Costs, AO 240, Plaintiff Lucy Lugo requests that the Clerk of this Court charge no costs, fees, and expenses to Plaintiff pursuant to 28 USC § 1915.

Dated:  February 7, 2019
        Bronx, New York

                                  THE LEGAL AID SOCIETY

By: /s/ Violeta Arciniega
Violeta Arciniega, Esq.
260 E 161st St,
Bronx, NY 11201
(718) 579-8157
Fax: (646) 616-4071
Email: varciniega@legal-aid.org


Marshall Green, Esq.
Attorney-in-Charge
Carol Santangelo, Esq.
260 E. 161st Street
Bronx, N.Y. 10451
(718) 991-4600
Email:
MWGreen@legal-aid.org
CSantangelo@legal-aid.org

*Attorneys for Plaintiff*