```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
LUCY LUGO,  :
:
                          Plaintiff, :    1:19-cv-1059-GHW
:
      -against-       :    ORDER GRANTING
:    IFP APPLICATION
NANCY A. BERRYHILL, *Acting Commissioner of* :
*Social Security*, :
:
                        Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized.  *See* 28 U.S.C. § 1915.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

      SO ORDERED.

Dated:  February 13, 2019
New York, New York
                                                                             GREGORY H. WOODS
                                                                  United States District Judge