```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUCY LUGO,

                          Plaintiff,                                     19 CIVIL 1059 (GHW)

            -v-                                             **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2019, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including updating the record with the assistance of Plaintiff's counsel and the opportunity for a hearing.

**Dated:** New York, New York
           August 2, 2019

                                                                          **RUBY J. KRAJICK**
                                                                           **Clerk of Court**
                                                **BY:**
                                                                           **Deputy Clerk**